No. 78–955. CONDOSTA *v.* CONDOSTA. Appeal from Sup. Ct. Vt. dismissed for want of substantial federal question.

No. 78–1010. CITY OF MOUNTAIN VIEW, GEORGIA, ET AL. *v.* CLAYTON COUNTY, GEORGIA, ET AL. Appeal from Sup. Ct. Ga. dismissed for want of substantial federal question.

No. 78–1077. VALLEY INTERNATIONAL PROPERTIES, INC. *v.* LOS CAMPEONES, INC. Appeal from Ct. Civ. App. Tex., 13th Sup. Jud. Dist., dismissed for want of substantial federal question.

No. 78–1056. LOGAN ET AL. *v.* STRICKLAND, REVENUE COMMISSIONER OF GEORGIA, ET AL. Appeal from Sup. Ct. Ga. dismissed as moot.

No. 81, Orig. KENTUCKY *v.* INDIANA ET AL. Motion for leave to file bill of complaint granted and defendants allowed 60 days in which to answer.

No. A–631 (78–1086). ETCHIESON *v.* TEXAS. Ct. Crim. App. Tex. Application for stay, addressed to MR. JUSTICE MARSHALL and referred to the Court, denied.

No. A–643. KLINE ET AL. *v.* PYMS SUCHMAN REAL ESTATE CO. ET AL. Sup. Ct. Fla. Application for stay, addressed to MR. JUSTICE MARSHALL and referred to the Court, denied.

No. A–682 (78–1189). FADDEN *v.* MASSACHUSETTS. Sup. Jud. Ct. Mass. Application for stay, presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied.

No. A–710. SNYDER *v.* UNITED STATES. C. A. 6th Cir. Application for stay, addressed to MR. JUSTICE STEWART and referred to the Court, denied.